JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AMCAL GENERAL CONTRACTORS, INC.,

            Plaintiff,

      v.

ACE AMERICAN INSURANCE COMPANY; ACE USA,

            Defendants.

_____

Case No. CV 09-06134 DDP (RCx)

**ORDER OF DISMISSAL**

    THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

    The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: April 29, 2010

_____
DEAN D. PREGERSON
United States District Judge